# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LIFESTYLE LIVING, INC. | § | Case No. 09-09225 JPC |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/19/2011 in Courtroom 619,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2011 _____        By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LIFESTYLE LIVING, INC. | § | Case No. 09-09225 JPC |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,046.50 |
| and approved disbursements of | $ | 1,815.00 |
| leaving a balance on hand of[1] | $ | 8,231.50 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $  1,754.65 | $  0.00 | $  1,754.65 |
| Trustee Expenses: Frances Gecker | $  1.76 | $  0.00 | $  1.76 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $  6,040.00 | $  0.00 | $  6,040.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $  5.32 | $  0.00 | $  5.32 |
| Other: Robert B. Talan | $  1,815.00 | $  1,815.00 | $  0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,801.73 |
| Remaining Balance | $ | 429.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,546.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY | $        3,586.05 | $        0.00 | $        78.85 |
| 000002 | ComEd Co. | $        350.63 | $        0.00 | $        7.71 |
| 000003 | Cit Technology Fin Serv, Inc. | $      10,959.62 | $        0.00 | $        240.97 |
| 000004 | Shartega Systems | $        4,650.00 | $        0.00 | $        102.24 |

Total to be paid to timely general unsecured creditors          $          429.77

Remaining Balance                                                              $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-09225-JPC
Lifestyle Living, Inc.                                                    Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 1          Date Rcvd: Apr 11, 2011
                             Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
db         +Lifestyle Living, Inc.,   c/o Reesa D Gorenstein,   3449 N Kenton Ave,   Chicago, IL 60641-3818
aty        +David M Siegel,   David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090-6005
aty        +William G Cross,   Frank/Gecker LLP,   325 N. LaSalle St., Suite 625,   Chicago, IL 60654-6465
aty        +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60654-6465
13662268   +AT&T,   PO Box 8212,   Aurora, IL 60572-8212
13662269   +AT&T/Cingular Wireless,   c/o I.C.System, Inc.,   444 Highway 96 East,
            Saint Paul, MN 55127-2557
13767215   +Birdview Technologies,   101 W 22nd Street Ste 202,   Lombard IL 60148-4989
13662270   +Bonus Building Care in Chicago,   1880 W Fullerton,   Building A,   Chicago, IL 60614-2098
13767216   +Cabling Solutions,   c/o Transworld Systems,   25 Northwest Point Blvd #750,
            Elk Grove Village IL 60007-1058
13662271   +Cit Technology Fin Serv, Inc.,   Bankruptcy Processing Solutions Inc,
            800 E Sonterra Blvd Ste 240,   San Antonio TX 78258-3941
13767217   +City of Chicago,   Dept of Administrative Hearings,   400 W Superior St,   Chicago IL 60654-3409
13662273    FP Mailing Solutions,   Dept. 4272,   Carol Stream, IL 60122-4272
13662274   +GGI,   PO Box 717,   Itasca, IL 60143-0717
13662275   +GlobalCom,   200 E Randolph St,   #2300,   Chicago, IL 60601-6434
13959100   +Konica Minolta Business Solutions,   Dept Ch 1968,   Palatine IL 60055-0001
13742071   +PEOPLES GAS LIGHT & COKE COMPANY,   130 EAST RANDOLPH DRIVE,   CHICAGO, ILLINOIS 60601-6207
13662277   +Peoplesene,   130 E Randolph Drive,   Chicago, IL 60601-6302
13662278   +Prime Time Marketing,   351 W Hubbard St,   Suite 406,   Chicago, IL 60654-7542
13662279   +Quill Corporation,   PO Box 37600,   Philadelphia, PA 19101-0600
13662280   +Shartega Systems,   2205 S Wolf Rd #254,   Hillside, IL 60162-2212
13662281   +Sonitrol,   3215 Arnold Lane,   Northbrook, IL 60062-2406
13959101   +Sonitrol Chicagoland North,   231342 Momentum Place,   Chicago IL 60689-0001
13959102   +Sprint,   PO Box 4181,   Carol Stream IL 60197-4181

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: csmith@fgllp.com Apr 11 2011 22:59:34    Frances Gecker,   325 North LaSalle Street,
            Suite 625,   Chicago, IL 60654-6465
13872118   +E-mail/Text: legalcollections@comed.com Apr 11 2011 23:00:02    ComEd Co.,   2100 Swift Drive,
            Attn.: Bankruptcy Section/Revenue Mgmt.,   OakBrook, IL 60523-1559
13662272    E-mail/Text: legalcollections@comed.com Apr 11 2011 23:00:02    Commonwealth Edison,
            Bill Payment Center,   Chicago, IL 60668-0001
13662276   +E-mail/Text: tbyers@olysigns.com Apr 11 2011 23:00:38    Olympic Signs,   1130 N Garfield,
            Lombard, IL 60148-1336
                                                                                      TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                    **Signature:**    _Joseph Speetjens_