UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
LIFESTYLE LIVING, INC. § Case No. 09-09225
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter     on                . The case was pending for     months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| FRANCES GECKER | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ROBERT B. TALAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8212 Aurora, IL 60572 | | | | | |
| | AT&T/Cingular Wireless c/o I.C.System, Inc. 444 Highway 96 East Saint Paul, MN 55164 | | | | | |
| | Bonus Building Care in Chicago 1880 W Fullerton Building A Chicago, IL 60614 | | | | | |
| | FP Mailing Solutions Dept. 4272 Carol Stream, IL 60122-4272 | | | | | |
| | GGI PO Box 717 Itasca, IL 60143 | | | | | |
| | GlobalCom 200 E Randolph St #2300 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Olympic Signs 1130 N Garfield Lombard, IL 60148 | | | | | |
| | Peoplesene 130 E Randolph Drive Chicago, IL 60601 | | | | | |
| | Prime Time Marketing 351 W Hubbard St Suite 406 Chicago, IL 60654-4943 | | | | | |
| | Quill Corporation PO Box 37600 Philadelphia, PA 19101-0600 | | | | | |
| | Sonitrol 3215 Arnold Lane Northbrook, IL 60062 | | | | | |
| 000003 | CIT TECHNOLOGY FIN SERV, INC. | | | | | |
| 000002 | COMED CO. | | | | | |
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY | | | | | |
| 000004 | SHARTEGA SYSTEMS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-09225  JPC  Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
| Case Name: | LIFESTYLE LIVING, INC. | Date Filed (f) or Converted (c): | 03/19/09 (f) |
| | | 341(a) Meeting Date: | 04/28/09 |
| For Period Ending: | 07/19/11 | Claims Bar Date: | 04/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.52 | Unknown |
| 2. CHECKING ACCOUNT CHASE | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3. SAVINGS ACCOUNT CHASE | 2.00 | 2.00 | DA | 0.00 | FA |
| 4. SECURITY DEPOSIT | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 5. 4 COMPUTERS | 2,000.00 | 2,000.00 | | 1,643.98 | FA |
| 6. 4 CUBICLES | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 7. 1 6 PERSON TABLE | 500.00 | 500.00 | DA | 0.00 | FA |
| 8. 2 EXECUTIVE OFFICES | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 9. 1 CONFERENCE ROOM TABLE | 150.00 | 150.00 | DA | 0.00 | FA |
| 10. 6 LEATHER CHAIRS | 350.00 | 350.00 | DA | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. PREFERENCE ACTION - Windrush Construction   Windrush Construction LLC  09 A 00897 | 0.00 | 5,500.00 | | 2,900.00 | FA |
| 13. PREFERENCE ACTION - Refurbished Office Equipment (u) | 0.00 | 5,000.00 | | 5,500.00 | FA |

LFORM1

Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case 09-09225 Doc 36 Filed 08/15/11 Entered 08/15/11 10:00:21 Desc Main
Document Page 8 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

Case No: 09-09225 JPC Judge: Jacqueline P. Cox  
Case Name: LIFESTYLE LIVING, INC.

Trustee Name: Frances Gecker  
Date Filed (f) or Converted (c): 03/19/09 (f)  
341(a) Meeting Date: 04/28/09  
Claims Bar Date: 04/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $18,002.00 | $28,502.00 | | $10,046.50 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/10    Current Projected Date of Final Report (TFR): 04/01/11

/s/ Frances Gecker  
_____ Date: 07/19/11  
FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-09225 -JPC | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | LIFESTYLE LIVING, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5353 MONEY MARKET |
| Taxpayer ID No: | *******3514 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/09 | 5 | Reesa D. Gorenstein<br>Chase Bank Cashier's Check | Purchase of Office Equipment | 1129-000 | 1,643.98 | | 1,643.98 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 1,643.99 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.03 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.07 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.11 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.15 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.19 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.23 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.27 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.31 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,644.35 |
| 03/23/10 | 12 | Stetler & Duffy, Ltd.<br>11 S. LaSalle Street, Suite 1200<br>Chicago, IL  60603 | Windrush Settlement | 1241-000 | 2,900.00 | | 4,544.35 |

Page Subtotals       4,544.35       0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-09225 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | LIFESTYLE LIVING, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5353 MONEY MARKET |
| Taxpayer ID No: | *******3514 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 4,544.41 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,544.52 |
| 05/21/10 | 13 | Evolution Interiors LLC<br>905 S. Menard<br>Chicago, Illinois 60644 | Refurbished Settlement | 1241-000 | 5,500.00 | | 10,044.52 |
| 05/28/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 10,044.66 |
| 06/18/10 | 001000 | Robert B. Talan<br>Law Offices of Talan & Ktsanes | Pursuant to Order 6/15/10<br>Pursuant to Order dated 6/15/10 | 3210-000 | | 1,815.00 | 8,229.66 |
| 06/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 8,229.90 |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,230.10 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,230.32 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,230.52 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,230.73 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,230.94 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,231.15 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,231.36 |

Page Subtotals 5,502.01 1,815.00

Ver: 16.02b

LFORM24

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-09225 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | LIFESTYLE LIVING, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5353 MONEY MARKET |
| Taxpayer ID No: | *******3514 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,231.42 |
| 03/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,231.49 |
| 04/07/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 8,231.50 |
| 04/07/11 | | Transfer to Acct #*******5252 | Final Posting Transfer | 9999-000 | | 8,231.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,046.50 | 10,046.50 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,231.50 | |
| Subtotal | 10,046.50 | 1,815.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,046.50 | 1,815.00 | |

Page Subtotals    0.14    8,231.50

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-09225 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | LIFESTYLE LIVING, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5252 GENERAL CHECKING |
| Taxpayer ID No: | *******3514 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/11 | | Transfer from Acct #*******5353 | Transfer In From MMA Account | 9999-000 | 8,231.50 | | 8,231.50 |
| 05/19/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,754.65 | 6,476.85 |
| 05/19/11 | 001001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Expenses | 2200-000 | | 1.76 | 6,475.09 |
| 05/19/11 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br>Fees          6,040.00<br>Expenses          5.32 | <br><br><br>3110-000<br>3120-000 | | 6,045.32 | 429.77 |
| 05/19/11 | 001003 | PEOPLES GAS LIGHT & COKE COMPANY<br>130 EAST RANDOLPH DRIVE<br>CHICAGO, ILLINOIS 60601 | Claim 000001, Payment 2% | 7100-000 | | 78.85 | 350.92 |
| 05/19/11 | 001004 | ComEd Co.<br>2100 Swift Drive<br>Attn.: Bankruptcy Section/Revenue Mgmt.<br>OakBrook, IL 60523 | Claim 000002, Payment 2% | 7100-000 | | 7.71 | 343.21 |
| | | | Page Subtotals | | 8,231.50 | 7,888.29 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-09225 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | LIFESTYLE LIVING, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5252 GENERAL CHECKING |
| Taxpayer ID No: | *******3514 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/19/11 | 001005 | Cit Technology Fin Serv, Inc.<br>Bankruptcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | Claim 000003, Payment 2% | 7100-000 | | 240.97 | 102.24 |
| 05/19/11 | 001006 | Shartega Systems<br>2205 S Wolf Rd #254<br>Hillside, IL 60162 | Claim 000004, Payment 2% | 7100-000 | | 102.24 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,231.50 | 8,231.50 | 0.00 |
| Less: Bank Transfers/CD's | 8,231.50 | 0.00 | |
| Subtotal | 0.00 | 8,231.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 8,231.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5353 | 10,046.50 | 1,815.00 | 0.00 |
| GENERAL CHECKING - ********5252 | 0.00 | 8,231.50 | 0.00 |
| | 10,046.50 | 10,046.50 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Page Subtotals 0.00 343.21

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-09225 -JPC | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LIFESTYLE LIVING, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5252  GENERAL CHECKING |
| Taxpayer ID No: | *******3514 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ Frances Gecker   Date: _____
FRANCES GECKER

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*